

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2015

No. 04-14-00690-CV

Thomas **ROSAS**, Jaime Rosas, and all Occupants,
Appellants

v.

**21ST MORTGAGE CORPORATION**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2014-CV-00771
Honorable Tina Torres, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief and Response to Motion to Show Cause is GRANTED. The appellant's brief is due on February 9, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court